UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

VIRGINIA BROWN,

    Plaintiff,

v.                                      Case No: 8:17-cv-15-T-30AEP

DISCOVER FINANCIAL SERVICES, LLC,

    Defendant.
_____

## ORDER OF DISMISSAL

Before the Court is the Joint Stipulation of Dismissal With Prejudice (Dkt. #15).

Upon review and consideration, it is

**ORDERED AND ADJUDGED** as follows:

1. The Clerk is directed to re-open this case.

2. This cause is dismissed with prejudice.

3. All pending motions are denied as moot.

4. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida, this 22nd day of March, 2017.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record